NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYLE RE, on
behalf of himself and all others similarly situated,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-1286

---

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-03518-WHA, Judge William H. Alsup.

---

**JUDGMENT**

---

S. CHANDLER VISHER, Law Offices of S. Chandler Visher, of San Francisco, California, argued for plaintiff-appellant.

MICHAEL QUINN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were STUART F. DELERY, Assistant Attorney General, J. CHRISTOPHER KOHN, Director, and

RUTH A. HARVEY, Assistant Director and ALICIA M. HUNT, Trial Attorney.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  October 15, 2014  |  /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |